UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHEN BARTON,

Plaintiff,

v.

PAPA MURPHY'S COMPANY STORES INC. and DOES 1-10,

Defendants.

Case No.: 3:25-cv-6093

**NOTICE OF REMOVAL**

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §1441, Defendant Papa Murphy's Company Stores, Inc. ("Papa Murphy's") hereby removes the above-captioned action on the grounds that this court has original jurisdiction because it arises under the laws of the United States. 28 U.S.C. §§ 1331, 1441. The following statement is submitted pursuant to 28 U.S.C. § 1446(a) and signed pursuant to Rule 11 of the Federal Rules of Civil Procedure:

This case is a civil class action captioned in Clark County Superior Court, served upon Papa Murphy's on November 14, 2025, entitled "*Nathen Barton vs Papa Murphy's Company*



**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

*Stores*, *Inc., et al.*" ("State Court Case"). A copy of the Class Action Complaint is attached as **Exhibit A** and a copy of the Summons is attached as **Exhibit B**. No other process, pleadings or orders have been served on Papa Murphy's. As noted, Papa Murphy's was served with the Summons and Class Action Complaint on November 14, 2025. *See* **Exhibit C**, Notice of Service of Process. There is no case number on the Summons and Class Action Complaint served on Papa Murphy's and to Papa Murphy's knowledge Plaintiff has not filed his Class Action Complaint with the state court to date. *See id.*[1]

The Complaint alleges that Papa Murphy's caused injury to the Plaintiff Nathen Barton ("Plaintiff") by sending text messages to his cell phone. Plaintiff asserts multiple claims against Papa Murphy's, including a claim arising under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(c), *et seq. See* Ex. A at "Count 1", setting forth a claim for violation of the TCPA.

Under 28 U.S.C. § 1441(a), any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where state court action is pending.

Further, 28 U.S.C. § 1441(b) provides that any civil action for which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties.

[1]Plaintiff has filed numerous lawsuits over the past few years but more recently has begun to serve defendants with unfiled lawsuits, possibly as a tactic to obtain default judgment. *See Barton v. 4M Collections, LLC,* 2025 WL 2652193 at * 3-4 (Wash. Ct. App. Sept. 16, 2025) (affirming the trial court court's order vacating judgment based on Plaintiff's lack of candor and misrepresentations to the court in obtaining the default judgment against defendant).



**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

This Court has federal question jurisdiction over this action under the provisions of 28 U.S.C. § 1331, and the matter is removable pursuant to 28 U.S.C. § 1441 because the Class Action Complaint alleges that Papa Murphy's violated the TCPA, a federal law.

Accordingly, this action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(b). This Court also has supplemental jurisdiction over Plaintiff's other claims because they are so related to his TCPA claims that they are part of the same case or controversy under Article III of the United States Constitution. 28 U.S.C. § 1367.

As noted above, Papa Murphy's was served with an unfiled Class Action Complaint on November 14, 2025. Papa Murphy's Notice of Removal is timely because it filed this Notice "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…" 28 U.S.C. § 1446(b)(1). The Notice of Removal is timely and proper because Papa Murphy's was served with the Summons and Class Action Complaint, even though the Plaintiff does not appear to have filed the Class Action Complaint. *See* 28 U.S.C. § 1446(b); *see also Dustin v. Merdian Fin. Servs.,* Case No. C17-1087-JCC, 2017WL3773714 at * 2-3 (W.D.Wash. Aug. 31, 2017) ("Under Washington law, a defendant's 30 day clock for filing notice of removal begins either when she is served with summons and complaint, or when the complaint is filed in court. . . .").

Venue is proper in this district because the Claim was filed in the Clark County Superior Court, which is located within the United States District Court for the Western District of Washington at Tacoma.

Papa Murphy's has complied with all of the procedural requirements for removal set forth in 28 U.S.C. § 1446. Pursuant to § 1446(d), a copy of this Notice of Removal, including exhibits, is being served on Plaintiff.



**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Pursuant to § 1446(d), a copy of this Notice of Removal, including exhibits, will be filed with the Clark County Superior Court, once Papa Murphy's is provided a case number for the State Court Action by Plaintiff. Papa Murphy's hereby demands that Plaintiff file its State Court Action with the state court. *See* Wash. Civ. R. 3. ("Upon written demand by any other party, the plaintiff instituting the action shall pay the filing fee and file the summons and complaint within 14 days after service of the demand or the service shall be void.").

WHEREFORE, Papa Murphy's respectfully requests that the State Court Action be removed to this Court pursuant to 28 U.S.C. § 1441.

Dated: December 5, 2025

GORDON REES SCULLY
MANSUKHANI, LLP

By: */s/ Donell A. Hicks*
Donell A. Hicks, WSBA #62606
dhicks@grsm.com
Erin Thenell, WSBA #51449
ethenell@grsm.com
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
Attorneys for Defendant Papa Murphy's Company Stores, Inc.

**CERTIFICATE OF SERVICE**

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day a true and accurate copy of the foregoing document was served via U.S. Mail and e-mail on the following individuals as indicated below:

***Plaintiff (pro se)***

Nathen Barton
4618 NW 11th Cir
Camas, WA 98607
Tel: (360) 241-7255
Email: BlueWind33@ProtonMail.com

Dated: December 5, 2025

*/s/ Donell A. Hicks*
Donell A. Hicks
dhicks@grsm.com



**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822