**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR THE COUNTY OF CLARK**

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff,<br><br>vs.<br><br>PAPA MURPHY'S COMPANY STORES INC. and DOES 1-10.<br><br>Defendants. | Case No.:<br><br>SUMMONS (20 DAYS) |

TO THE DEFENDANT: A lawsuit has been started against you in the above entitled court by Nathen Barton, plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what she or he asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within 14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State of Washington.

November 12, 2025

(Nathen Barton)

Nathen Barton
BlueWind33@ProtonMail.com
(360) 241-7255
4618 NW 11th Cir
Camas WA 98607

**CLARK COUNTY SUPERIOR COURT**
https://clark.wa.gov/superior-court
(360) 397-2292
1200 Franklin Street
Vancouver WA 98660