CSC

KSB / ALL
Transmittal Number: 32703119
Date Processed: 11/16/2025

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Cathy Berry<br>Papa Murphy's International<br>8000 NE Parkway Dr<br>Ste 100<br>Vancouver, WA 98662-6738 |
| **Electronic copy provided to:** | Payroll Department<br>Angela Wells |

| | |
|---|---|
| **Entity:** | Papa Murphy's Company Stores, Inc.<br>Entity ID Number 3039492 |
| **Entity Served:** | Papa Murphy's Company Stores Inc. |
| **Title of Action:** | Nathen Barton vs. Papa Murphy's Company Stores Inc. |
| **Matter Name/ID:** | Nathen Barton vs. Papa Murphy's Company Stores, Inc (17583076) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Class Action |
| **Court/Agency:** | Clark County Superior Court, WA |
| **Case/Reference No:** | Not shown |
| **Jurisdiction Served:** | Washington |
| **Date Served on CSC:** | 11/14/2025 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Nathen Barton<br>360-241-7255 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com