UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S COMPANY STORES INC. and DOES 1-10,<br><br>Defendants. | Case No.: 3:25-cv-6093<br><br>**CORPORATE DISCLOSURE BY DEFENDANT PAPA MURPHY'S COMPANY STORES, INC.** |

COMES NOW Defendant Papa Murphy's Company Stores, Inc., by and through its undersigned attorneys, Gordon Rees Scully Mansukhani, pursuant to Federal Rule of Civil Procedure and Local Rule 7.1, and makes the following disclosure:

Papa Murphy's Holdings, Inc., is the parent company of Defendant Papa Murphy's Company Stores, Inc. MTY Franchising USA, Inc. is the parent company of Papa Murphy's Holdings, Inc. MTY Franchising Inc. is the parent company of MTY Franchising USA, Inc. MTY Food Group, Inc., is a publicly traded Canadian corporation and the parent company of MTY Franchising USA, Inc.



**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Dated: December 5, 2025

GORDON REES SCULLY MANSUKHANI, LLP

BY: */S/ DONELL A. HICKS*

Donell A. Hicks, WSBA #62606
dhicks@grsm.com
Erin Thenell, WSBA #51449
ethenell@grsm.com
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
Attorneys for Defendant Papa Murphy's Company Stores, Inc.

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day a true and accurate copy of the foregoing document was served via US Mail and e-mail on the following individuals as indicated below:

***Plaintiff (pro se)***

Nathen Barton
4618 NW 11th Cir
Camas, WA 98607
Tel: (360) 241-7255
Email: BlueWind33@ProtonMail.com

Dated: December 5, 2025

*/s/ Donell A. Hicks*
Donell A. Hicks
dhicks@grsm.com



**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822