UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>PAPA MURPHY'S COMPANY STORES INC.,<br><br>　　　　　　　Defendant. | CASE NO. 3:25-cv-06093-DGE<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS (DKT. NO. 19) AS MOOT |

　　　　This matter comes before the Court on its own review of the record.  Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), a party may amend its pleading once as a matter of right no later than 21 days after service of a responsive pleading, or relevant here, 21 days after service of a motion under Federal Rule of Civil Procedure 12(b).  On January 16, 2026, Defendant moved to dismiss Plaintiff's complaint.  (Dkt. No. 19.)  On February 3, 2026, Plaintiff filed an amended complaint.  (Dkt. No. 23.)

　　　　As Plaintiff's amended complaint supersedes the original complaint, the Court DENIES as moot Defendant's motion to dismiss (Dkt. No. 19).  *See Valadez-Lopez v. Chertoff*, 656 F.3d

ORDER DENYING DEFENDANT'S MOTION TO DISMISS (DKT. NO. 19) AS MOOT - 1

851, 857 (9th Cir. 2011); *Umouyo v. Bank of America NA*, No. 2:22-cv-00704-JHC, 2022 WL 2392386, at *1 (W.D. Wash. July 1, 2022).  Defendant may, at its discretion, file a new motion to dismiss based on the amended complaint.

Dated this 4th day of February, 2026.

David G. Estudillo
United States District Judge

ORDER DENYING DEFENDANT'S MOTION TO DISMISS (DKT. NO. 19) AS MOOT - 2