# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **NATHEN BARTON** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 3:25-CV-06093-DGE |
| ) | |
| **PAPA MURPHY'S COMPANY STORES INC.** ) | |
| ) | |
| *Defendant* ) | |

**AFFIDAVIT OF SERVICE**

I, Karen Wolcott, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Papa Murphy's Company Stores Inc. in Thurston County, WA on February 13, 2026 at 9:53 am at 300 Deschutes Way SW, Ste 208, Tumwater, WA 98501-7719 by leaving the following documents with Ellen Jones who as Customer Service Associate at Corporation Service Company is authorized by appointment or by law to receive service of process for Papa Murphy's Company Stores Inc.

SUMMONS IN A CIVIL ACTION
FIRST AMENDED CLASS ACTION COMPLAINT

Additional Description:
Ellen Jones, Caucasian female 5.2, 115lbs brown hair

Race: , Sex: , Est. Age: Unknown, Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=47.0131973,-122.9058261
Photograph: See Exhibit 1


Total Cost: $338.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF

| | |
|---|---|
| Executed in  Thurston County  , WA  on  2/13/2026  . | /s/ *Karen Wolcott* _____ Signature Karen Wolcott +1 (360) 448-1014 25-0114-02 Thurston County |

