HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>        Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S COMPANY STORES INC. and DOES 1-10,<br><br>        Defendants. | Case No.: 3:25-cv-06093-DGE<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PAPA MURPHY'S COMPANY STORES, INC.'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>MARCH 17, 2026 |

THIS MATTER, having come on for hearing before the Court on Defendant Papa Murphy's Company Store's ("Defendant's") Motion to Dismiss First Amended Class Action Complaint ("Motion to Dismiss"), and the Court being fully advised in the matter and having examined the records and files herein, including:

    1.    Defendant Papa Murphy's Company Store's Motion to Dismiss;

    2.    Plaintiff Nathen Barton's ("Plaintiff's") Response to Motion to Dismiss;

    3.    Defendant's Reply in Support of Motion to Dismiss; and

    4.    _____.

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT** - 1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to
2  Dismiss is GRANTED.
3  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's First
4  Amended Class Action Complaint against Defendant is hereby dismissed without prejudice.
5
6  Dated: _____
7
8  _____
   UNITED STATES DISTRICT JUDGE
9
10 *Presented by:*
11 /s/Donell A. Hicks
   GORDON REES SCULLY MANSUKHANI, LLP
12 Donell A. Hicks, WSBA #62606
   dhicks@grsm.com
13 701 Fifth Avenue, Suite 2100
   Seattle, WA 98104
14 Phone: (206) 695-5100
   Fax: (206) 689-2822
15 Attorneys for defendant Papa Murphy's Company Stores, Inc.
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT - 2

GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day a true and accurate copy of the foregoing document was served via e-mail on the following individuals as indicated below:

Samuel J. Stauss
Strauss Borrelli PLLC
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
T: (872) 263-1100
Email: sam@straussborrelli.com

Andrew Roman Perrong (pro hac vice)
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
T: 215-225-5529
Email: a@perronglaw.com

Anthony Paronich (pro hac vice)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: 617-485-0018
Email: anthony@paronichlaw.com

**Attorney for Plaintiff Nathen w. Barton**

Dated: February 17, 2026.

                                     /s/ Donell A. Hicks
                                        Donell A. Hicks
                                        hicks@grsm.com

[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT - 3

GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**PROOF OF SERVICE**

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani LLP, 633 West Fifth Street, 52nd Floor, Los Angeles, CA 90071. On **February 17, 2026**, I served the within documents:

**[PROPOSED] ORDER GRANTING DEFENDANT PAPA MURPHY'S COMPANY STORES, INC.'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**

☒   **VIA ELECTRONIC MAIL -** I caused the document(s) listed above to be served by transmitting via the CM/ECF document filing system the document(s) listed above to the electronic mail (e-mail) address as listed below.

☒   **VIA U.S. MAIL -** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

Samuel J. Strauss
STRAUSS BORRELLI PLLC
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
T: (872) 263-1100
F: (872) 263-1109
Email: sam@straussborrelli.com

Anthony Paronich (pro hac vice)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: 617-485-0018
Email: anthony@paronichlaw.com

Andrew Roman Perrong (pro hac vice)
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
T: 215-225-5529
a@perronglaw.com

*Attorneys for Plaintiff*
*NATHEN BARTON*

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on **February 17, 2026**, at Los Angeles, California.

                                                Marisela Tesillo

[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT - 4

GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

8736/55820489v.1