IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>v.<br><br>PAPA MURPHY'S COMPANY STORES INC.,<br><br>Defendant. | Case No. 3:25-cv-06093-DGE<br><br>Honorable District Judge David G. Estudillo<br><br>PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE |

HERE COMES NOW Plaintiff, Nathen W. Barton, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), to give notice to the Court of the dismissal of this action without prejudice.

*[Counsel signatures to follow on next page.]*

1

Dated: February 23, 2026

*/s/Andrew Roman Perrong*
Andrew Roman Perrong *(pro hac vice)*
**PERRONG LAW LLC**
2657 Mount Carmel Avenue
Glenside, PA 19038
T: 215-225-5529
a@perronglaw.com

*/s/Anthony Paronich*
Anthony Paronich *(pro hac vice)*
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: 617-485-0018
anthony@paronichlaw.com

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. #46971
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
T: (872) 263-1100
F: (872) 263-1109
sam@straussborrelli.com

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that on February 23, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 23rd day of February, 2026.

                                                             Respectfully submitted,

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. #46971
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
T: (872) 263-1100
F: (872) 263-1109
sam@straussborrelli.com